1

2

3

4

5

6

7

8                **UNITED STATES DISTRICT COURT**

9                     **DISTRICT OF NEVADA**

10

11   JOSEPH PEREZ,                          Case No. 2:18-cv-02077-KJD-VCF

12              Petitioner,                 **ORDER**

13         v.

14   ATTORNEY GENERAL OF THE STATE
     OF NEVADA,
15
                Respondent.
16

17        Petitioner having filed an unopposed motion to extend deadline to file amended petition

18   (first request) (ECF No. 9), and good cause appearing;

19        IT THEREFORE IS ORDERED that petitioner's unopposed motion to extend deadline to

20   file amended petition (first request) (ECF No. 9) is **GRANTED**.  Petitioner will have up to and

21   including Monday, October 28, 2019, to file an amended petition.

22        DATED:  July 31, 2019

23                                          _____

24                                          KENT J. DAWSON
                                            United States District Judge
25

26

27

28

                                             1