# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH PEREZ,<br><br>        Petitioner,<br><br>    v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA,<br><br>        Respondent. | Case No. 2:18-cv-02077-KJD-VCF<br><br>**ORDER** |

Petitioner having filed an unopposed motion to extend deadline to file amended petition (second request) (ECF No. 12), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion to extend deadline to file amended petition (second request) (ECF No. 12) is **GRANTED**. Petitioner will have up to and including Monday, January 13, 2020, to file an amended petition.

DATED: October 29, 2019

KENT J. DAWSON
United States District Judge