# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH PEREZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA,<br><br>　　　　　Respondent. | Case No. 2:18-cv-02077-KJD-VCF<br><br>**ORDER** |

　　　Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 19), and good cause appearing;

　　　IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 19) is **GRANTED**.  Respondents will have up to and including June 22, 2020, to file and serve an answer or other response to the amended petition (ECF No. 14).

　　　DATED:  May 19, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1