# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH PEREZ, | Case No. 2:18-cv-02077-KJD-VCF |
| Petitioner, | **ORDER** |
| v. | |
| ATTORNEY GENERAL OF THE STATE OF NEVADA, | |
| Respondent. | |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 35), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 35) is **GRANTED**. Respondents will have up to and including July 8, 2021, to file an answer to the first amended petition (ECF No. 14).

DATED: May 24, 2021

KENT J. DAWSON
United States District Judge