UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH PEREZ, | Case No. 2:18-cv-02077-KJD-VCF |
| Petitioner, | **ORDER** |
| v. | |
| ATTORNEY GENERAL OF THE STATE OF NEVADA, | |
| Respondent. | |

Respondents having filed an unopposed motion for enlargement of time (fourth request). ECF No. 41.  The court finds good cause to grant the motion.

Respondents also have filed a motion for leave to file exhibit under seal.  ECF No. 44. The exhibit in question is a psychological evaluation of petitioner, which contains confidential information.  The court finds that compelling reasons exist to seal this exhibit.  See Kamakana v. City and County of Honolulu, 447 F.3d 1172 (9th Cir. 2006).

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (fourth request) (ECF No. 41) is **GRANTED**.

///

///

///

1

```
```
IT FURTHER IS ORDERED that respondents motion for leave to file exhibit under seal (ECF No. 44) is **GRANTED**.

DATED: November 1, 2021

_____
KENT J. DAWSON
United States District Judge

2