UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH PEREZ,<br><br>          Petitioner,<br><br>     v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA,<br><br>          Respondent. | Case No. 2:18-cv-02077-KJD-VCF<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 47), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 47) is **GRANTED**.  Petitioner will have up to and including January 28, 2022, to file a reply in support of his petition.

DATED:  November 30, 2021

_____
KENT J. DAWSON
United States District Judge

1