**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH PEREZ, | Case No. 2:18-cv-02077-KJD-VCF |
| Petitioner, | **ORDER** |
| v. | |
| ATTORNEY GENERAL OF THE STATE OF NEVADA, | |
| Respondent. | |

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 49), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (second request) (ECF No. 49) is **GRANTED**.  Petitioner will have up to and including March 14, 2022, to file a reply in support of his petition.

DATED:  February 1, 2022

_____
KENT J. DAWSON
United States District Judge

1