# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH PEREZ,<br><br>        Petitioner,<br><br>   v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA,<br><br>        Respondent. | Case No. 2:18-cv-02077-KJD-VCF<br><br>**ORDER** |

    Petitioner has filed a motion for leave to file exhibit under seal. ECF No. 54. The exhibit in question is a psychological evaluation of petitioner, which contains confidential information. The court finds that compelling reasons exist to seal this exhibit. See Kamakana v. City and County of Honolulu, 447 F.3d 1172 (9th Cir. 2006).

    IT FURTHER IS ORDERED that petitioner's motion for leave to file exhibit under seal (ECF No. 54) is **GRANTED**.

DATED: March 16, 2022

_____
KENT J. DAWSON
United States District Judge

1