Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick A. Mula
Assistant Federal Public Defender
Illinois Bar No. 6331934
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Petitioner Joseph Perez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Joseph Perez,<br><br>   Petitioner,<br><br>  v.<br><br>The Attorney General of the State of Nevada; N.D.O.C., *et al.*,<br><br>   Respondents. | Case No. 2:18-cv-02077-KJD-VCF<br><br>**Unopposed motion to seal exhibit** |

1       Petitioner Joseph Perez respectfully requests that the Court order the Clerk to
2 seal a confidential medical record located on the docket at ECF No. 25-1. While courts
3 prefer the public retain access to judicial filings and documents, *see Nixon v. Warner*
4 *Commc'ns Inc.*, 435 U.S. 589, 597 (1978), a party may request sealing of a judicial
5 record by demonstrating "compelling reasons" to prevent public access, *see*
6 *Kamakana v. City and Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

7       Here, Mr. Perez has "compelling reasons" to request sealing this document.
8 The exhibit located at ECF No. 25-1 contains detailed personal and medical
9 information related to Mr. Perez's mental health diagnoses. It is generally
10 appropriate for courts to seal documents containing this type of medical information.
11 *See, e.g.*, *Williams v. Nevada Dep't of Corr.*, No. 2:13-cv-00941-JAD-VCF, 2014 WL
12 3734287, at *1 (D. Nev. July 29, 2014) (stating "the need to protect medical privacy
13 has qualified as a 'compelling reason[]' for sealing records," and collecting cases). Mr.
14 Perez therefore requests the Court issue an order directing the Clerk to seal ECF No.
15 25-1.

On March 31, 2022, counsel contacted Deputy Attorney General Katrina Samuels and informed her of this request. Attorney Samuelson had no objection to the request.

Dated April 4, 2022.

                                               Respectfully submitted,

                                               Rene L. Valladares
                                               Federal Public Defender

                                               */s/ Rick A. Mula*
                                               Rick A. Mula
                                               Assistant Federal Public Defender

                                               IT IS SO ORDERED:

                                               United States District Judge

                                               Dated:  4/7/2022