# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH PEREZ, | Case No. 2:18-cv-02077-KJD-VCF |
| Petitioner, | **ORDER** |
| v. | |
| CALVIN JOHNSON, et al., | |
| Respondents. | |

This closed 28 U.S.C. § 2254 habeas corpus action comes before the court on Petitioner Joseph Perez's two *pro se* motions for the court to extend his prison copy work limit. (ECF Nos. 64, 65.) In his motions, Perez explains that he needs his copy work limit increased for this case and for his "3 open civil cases." (ECF No. 65 at 1.) Because (1) this case is closed and (2) Perez's request for a certificate of appealability was denied by the Ninth Circuit Court of Appeals on May 12, 2023, there is nothing further to litigate in this matter. As such, Perez's motions are denied as moot.[1]

**IT IS THEREFORE ORDERED** that Petitioner Joseph Perez's *pro se* motions for the court to extend his prison copy work limit (ECF Nos. 64, 65) are **DENIED**.

Dated: 07/06/2023

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT

---

[1] This decision has no impact on Perez's ability to file his motions in his other civil cases.